THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Demetrius
 Jones, Petitioner,
 
 
 

v.

 
 
 
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Marion County
 Benjamin H. Culbertson, Circuit Court
Judge

Memorandum Opinion No.  2011-MO-033
 Submitted November 16, 2011 - Filed
November 28, 2011  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate Defender LaNelle C. DuRant, of the South
 Carolina Commission on Indigent Defense, of Columbia, for Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Senior Assistant Attorney General David Spencer, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Demetrius Jones pled guilty to voluntary manslaughter,
 armed robbery, and assault and battery of a high and aggravated nature
 (ABHAN).  He was sentenced to twenty-five years' imprisonment for voluntary
 manslaughter and armed robbery, respectively, and to ten years' imprisonment
 for ABHAN.  The sentences were to be served concurrently.  No direct appeal was
 taken.  Jones filed an application for post-conviction relief (PCR) in which he
 claimed his plea counsel had an actual conflict of interest as he
 simultaneously represented another co-defendant on the same charges.  This
 Court granted Jones's petition for a writ of certiorari to review a circuit
 court order denying his PCR application.  We
 now dismiss the writ of certiorari as improvidently granted.
DISMISSED.
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.